# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## _____ DIVISION

## CIVIL COMPLAINT

Adolphus Parker III

Enter above the full name of Plaintiff or Plaintiffs in this action

VS.

National Guard Bureau

Enter above the full name of Defendant or Defendants in this action

07-0932-CV-W-DW

CASE NO. _____

## I. Parties to this Civil Action

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff  Adolphus Parker III

   Address  3543 Flora Avenue
            Kansas City, MO 64109

(In item B below, place the full name of the defendant in the first blank, his official position in the second adding word blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant, H. Steven Blum  is employed as Lt. General Chief, Nat'l Guard Bu, at Arlington, VA

C. Additional Defendants _____

1

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendants is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] Unrelated separate claims should be raised in separate civil actions.)

See attached.

## III. Relief

State briefly exactly what you want the Court to do for you.

See attached.

Make no legal arguments. Cite no cases or statutes.

## IV. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

(Yes G)    No G

## V. Do you claim actual or punitive monetary damages for the acts alleged in your complaint?

(Yes G)    No G

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

## VI. Counsel

Do you have an attorney to represent you in this civil action?

Yes G    (No G)

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

(Yes G)    No G

2

B.  If you answered yes, state the names and addresses of the attorneys contracted, and give the results of those efforts.

See attached.

C.  If you answered no, state your reasons why no such efforts have been made.

VII. **Administrative Procedures**

A.  Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

(Yes G)    No G

B.  If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure.

See Statement of Claim.

C.  If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

Signed this 17 day of Dec, 2007

*Adolphus Parks III*

Signature of Plaintiff or Plaintiffs

3

# VERIFICATION

State of __Missouri__ )
)
County of __Jackson__ )

__Adolphus Park III__, being first duly sworn under oath, presents that he is the plaintiff in this action; that he knows the contents of the complaint; and that the information contained therein is true to the best of his knowledge and belief.

_Adolph Park III_
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this __17th__ day of __Dec__, 20__07__

_Cathy C Brown_
Notary Public

__1/18/2009__
My Commission Expires

> Cathy C Brown
> Notary Public Notary Seal
> State of Missouri County of Jackson
> My Commission Expires 01/18/2009
> Commission #05654545